# OBER KALER
Attorneys at Law

**Ober, Kaler, Grimes & Shriver**
A Professional Corporation

100 Light Street
Baltimore, MD 21202
410.685.1120 Main
410.547.0699 Fax
www.ober.com

June 30, 2014

**Jack R. Daley**
jrdaley@ober.com
Voice:  410.347.7679
Fax:     443.263.4179

**Offices In**
Maryland
Washington, D.C.
Virginia

<u>By CM-ECF Filing</u>

Sue Ellen Nagle, Deputy Clerk
United States Court of Appeals
 for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia  23219

Re: *Cargotec OYJ v. MOL Ship Management Co. Ltd.*
United States Court of Appeals for the Fourth Circuit
<u>Case No. 14-1571 (1:11-cv-02163-CCB)</u>

Dear Ms. Nagle:

On June 24, 2014, we received the Docketing Notice for this case. However, the caption in the Docketing Notice is incorrect as to the third-parties. We write this letter, with the consent of counsel for Third-Party Plaintiffs, to provide the Court with the correct caption for the third-party claims.

The correct Third-Party Plaintiffs are: Cargotec OYJ, Cargotec Sweden, A.B. and Cargotec Japan, Ltd.

The correct Third-Party Defendants are: World Car Carriers, Inc., MOL Ship Management Co., Ltd. and Nissan Motor Car Carriers Co., Ltd.

Thank you for your attention and consideration in the handling of this matter.

Respectfully yours,

Jack R. Daley

JRD/iuj

cc:    All Counsel of Record (by CM-ECF filing)